**UNITED STATES BANKRUPTCY COURT**
**Eastern District of New York**

In re  TWIN RINKS AT EISENHOWER, LLC                Case No._____
                          Debtor

                                                    Chapter _____11_____

**Exhibit "A" to Voluntary Petition**

1. If any of the debtor's securities are registered under Section 12 of Securities Exchange Act of 1934, the SEC file number is   N/A                                            .

2. The following data is the latest available information and refers to debtor's condition on May 25, 2015.

   a. Total assets                                   $52,401,580.00

   b. Total debts (including debts listed in 2.c. below)   $55,181,520.00

   |   |   |   | Approximate number of holders |
   |---|---|---|---|
   | c. | Debt securities held by more than 500 holders | | |
   |   | Secured | $ 5,250,000.00 | 1 |
   |   | Unsecured | $49,931,520.00 | 50 |
   | d. | Number of shares of preferred stock | _____ | 0 |
   | e. | Number of shares of common stock | _____ | 4 |

   Comments, if any:

3. Brief description of debtor's business:

   The Debtor is engaged in the business of operating an ice skating rink and the entertainment business.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   | Clearview Capital Management LLC | 82% |
   |---|---|
   | Peter Ferraro | 6.5% |
   | Chris Ferraro | 6.5% |
   | Gary Lieberman | 5% |