## RESOLUTION

I, Joel Friedman, President of Clearview Capital Management, LLC, the Authorized Member of Twin Rinks At Eisenhower, LLC, do hereby certify that the following is a true copy of a resolution duly adopted at a meeting of the board of directors of Twin Rinks At Eisenhower, LLC held on June 8, 2015 wherein all directors of the company appeared and voted:

"WHEREAS, This company is unable to pay its debts as they mature, and has been advised by counsel that it is necessary for the company to reorganize, and that such reorganization may be carried out as more economically and expeditiously and in the best interest of all creditors, by proceeding pursuant to Chapter 11 of the Bankruptcy Code.

"THEREFORE, BE IT RESOLVED: That this company be and it hereby is authorized to file a petition for reorganization under Chapter 11 of said Code, and it is further

"RESOLVED: That the Authorized Member or any officer of this company be and is hereby authorized and empowered to execute petitions, instruments and other documents and to take or cause to be taken such proceedings as may be necessary to secure to this company any and all relief that it may be entitled to under Chapter 11 of the Code, and that it employ counsel to carry out the provisions of this resolution; and it is further

"RESOLVED that the company shall employ the firm of Jones and Schwartz, P.C. as attorneys in connection with said Chapter 11 matter and any related proceedings.

INWITNESS THEREOF, I have hereunto set my hand and seal this 8th day of June, 2015.

_____
Joel Friedman, President

State of New York)
ss:
County of Nassau

Joel Friedman, being duly sworn, deposes and says that he is the President of Clearview Capital Management, LLC, the Authorized Member of Twin Rinks At Eisenhower, LLC, that on June 8, 2015, a meeting of the Board of Directors of said company was duly held, at which all of the directors were present; that the forgoing is a true and exact copy of the resolution duly adopted at the aforesaid meeting of the Board of Directors, and that said resolution is in full force and effect.

_____
Joel Friedman

Sworn to before me this
8th day of June, 2015

_____

HAROLD D. JONES
Notary Public, State of New York
No. 02JO6172806
Qualified in Nassau County
Commission Expires August 20, 20__