UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

TWIN RINKS AT EISENHOWER, LLC,                    Chapter 11

                                                                  Case No.
                                  Debtor.
---------------------------------------------------------------X

**APPLICATION PURSUANT TO SECTIONS 327 AND 328 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 AND FOR AN ORDER AUTHORIZING THE CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO RETAIN AND <u>EMPLOY JONES & SCHWARTZ, P.C. AS COUNSEL</u>**

TO THE HONORABLE JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR EASTERN DISTRICT OF NEW YORK:

      Twin Rinks At Eisenhower, LLC, the debtor and debtor-in-possession (the "Debtor") for its application ("Application") pursuant to Sections 327 and 328 of title 11 of the United States Code ("Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") seeking authorization of its retention and employment of Jones & Schwartz, P.C. ("J&S") as counsel to represent the Debtor as its attorneys in this case, respectfully represents:

      1.      On June 8, 2015, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy code.

      2.      The Debtor has continued in the operation of its business and in possession of its assets.

      3.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

      4.      The Debtor hereby requests the entry of an Order authorizing it to employ, as

counsel, and to retain under a general retainer pursuant to Section 327(a) of the Bankruptcy Code, the law firm of J&S.

5. The professional services that J&S is to render can be summarized, without limitation, as follows:

    a. To give advice to the Debtor with respect to its powers and duties in the continued management and operation of the business and properties;

    b. To negotiate with creditors of the Debtor and other parties in interest in formulating a plan of reorganization, and to take legal steps necessary to confirm such plan, including, if need be, negotiations for financing such plan;

    c. To prepare on behalf of the Debtor necessary applications, motions, complaints, answers, orders, reports and other pleadings and documents;

    d. To appear before the Court to protect the interests of the Debtor and the estate; and

    e. To provide litigation, tax and other services for the Debtor, as it may request and as may be necessary or appropriate.

6. J&S is a disinterested person for the Estate as defined in Section 101(14) of the Bankruptcy Code. J&S has informed the Debtor that it does not hold or represent any interest adverse to the Debtor or the Estate; and has no connection with the Debtor, its creditors or other parties in interest in these cases, except as set forth in the Declaration annexed to this application as Exhibit "A", of Harold D. Jones, a member of the firm of J&S.

7. The Debtor seeks to retain J&S because J&S has extensive experience and knowledge in the field of debtor's and creditors' rights and because the Debtor believes that J&S

is well-qualified to represent it in this case.

8. The services of J&S pursuant to and under a general retainer are necessary in order to enable the Debtor to continue to faithfully execute its duties and responsibilities. J&S is willing to act on the Debtor's behalf in all of these respects.

9. Subject to the Court's approval, J&S will charge the Estate for its legal services on an hourly basis in accordance with its ordinary and customary rates as in effect on the date services are rendered, and submits that such rates are reasonable. Set forth below are the current hourly rates which J&S has informed the Trustee it charges for the legal services as professionals.

> Partners and of Counsel . . . . . . . . . . $630
>
> Paralegals . . . . . . . . . . . . . . . . . . . . .$255

10. J&S will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of the Court.

WHEREFORE, the Debtor requests entry of the prefixed Order which, among other things: (i) authorize it to employ and retain the firm of J&S as counsel pursuant to and under a general retainer to represent the Debtor in this case as necessary and (ii) granting such other and further relief as the Court may deem just and proper.

Dated: Mineola, New York
       June 8, 2015

>
> TWIN RINKS AT EISENHOWER, LLC
>
> BY:   /s/Joel Friedman
> Name: Joel Friedman
> Title: President of Clearview Capital
>       Management, LLC, Authorized Member