UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

TWIN RINKS AT EISENHOWER, LLC,            Chapter 11

                                                                                                         Case No.
                                                              Debtor.
---------------------------------------------------------------X

**DECLARATION OF HAROLD D. JONES**
**PURSUANT TO LOCAL BANKRUPTCY RULE 9077-1(a)**

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF NASSAU   )

        Harold D. Jones, declares under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

        1.     I am an attorney at law admitted to practice before this Court and a member of the law firm of Jones & Schwartz, P.C., attorneys for Twin Rinks At Eisenhower, LLC, (the "Debtor") debtor and debtor-in-possession.

        2.     I submit this affidavit in support of the motion (the "Motion") of the Debtor for an order under 11 U.S.C. §363(c) and Bankruptcy Rule 4001 authorizing the Debtor to use cash collateral of CMBS Venture Funding, LLC with priority over administrative expenses and secured by liens on property of the estate.

        3.     Based on the information provided to me by the Debtor, the relief requested in the motion is urgently required. The Debtor has an immediate need to obtain financing. Without access to the proposed use of cash collateral, the Debtor will be unable to meet its current operating expenses, including wages, utilities and insurance and will be unable to maximize the

value of its estate.

    4.    Based on the foregoing, I believe that ample cause exists to proceed by order to show cause rather than by notice of motion.

    5.    No prior request for the relief sought in the Motion has been made to this or any other Court.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed on June 8, 2015                  /s/Harold D. Jones
                                                            Harold D. Jones