UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

TWIN RINKS AT EISENHOWER, LLC,                    Chapter 11

                                                                Case No. 15-72466-REG
                                        Debtor.                **AFFIDAVIT OF SERVICE**
-------------------------------------------------------------X

STATE OF NEW YORK      )
                                   ) ss.:
COUNTY OF NASSAU      )

      Robin Lieman, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and is employed by JONES & SCHWARTZ, P.C.

      On June 10, 2015, deponent served the following documents via Federal Express to the parties attached hereto, at the address listed below, said address being designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody Federal Express:

- Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's "First Day Motions"

- Debtor's Motion for Order Determining Adequate Assurance of Payment for Future Utility Service

- Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's "First Day Motions"

- Motion of the Debtor for Orders: (A)(i) Approving Bidding Procedures in Connection With the Sale of Substantially all Assets of the Debtor, (ii) Scheduling an Auction and Hearing to Consider the Sale of Assets and (iii) Approving the Form and Manner of Notice Thereof; (B)(i) Authorizing and Approving the Sale of Assets Free and Clear of Liens, Claims, Encumbrances and Interests and (ii) Approving the Assumption and Assignment of a License With the County of Nassau And Other Executory Contracts and Unexpired Leases; and (C) Granting Related Relief

- Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's "First Day Motions"

- Debtor's Motion for Order Under 11 U.S.C. §105(a) Authorizing (a) Continued Maintenance of Existing Bank Accounts, (b) Continued Use of Existing Business Forms (c) Waiver of Certain Guidelines Relating To Bank Accounts and (d) Honoring Customer Deposits

- Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's "First Day Motions"

- Motion of the Debtor and Debtor-in-Possession for Order Extending Time to File Schedules of Assets and Liabilities Pursuant to 11 U.S.C. § 521

- Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's "First Day Motions"

- Debtor's Motion for Order Authorizing Use of Cash Collateral and Granting Adequate Protection

- Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's "First Day Motions"

- Application Pursuant to Sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Debtor to Retain and Employ Getzler Henrich & Associates LLC as Management and Investment Banking Consultants

- Affidavit Under Local Rule 1007-2 of the United States Bankruptcy Court for the Eastern District of New York

- Affidavit of Joel Friedman Pursuant to Local Rule 1007-4 and in Support of First Day Motions

To:   National Grid
      40 Sylvan Rd.
      Waltham, MA 02451

      AT&T Wireless
      208 South Akard Street
      Dallas, TX 75202

      Verizon
      140 West Street
      New York, NY 10007

                                                              /s/Robin Lieman  
                                                              ROBIN LIEMAN

Sworn to before me this  
10th day of June, 2015

 HAROLD D. JONES  
Notary Public