MICHAEL S. AMATO
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600

*Attorney for Creditors Peter Ferraro,*
*Christopher Ferraro and Ferraro Brothers Hockey, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                           Chapter 11

TWIN RINKS AT EISENHOWER, LLC                         Case No. 15-72466 (REG)

                                    Debtor.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ruskin Moscou Faltischek, P.C. ("RMF") by Michael S. Amato, hereby appears as counsel on behalf of creditors Peter Ferraro, Christopher Ferraro and Ferraro Brothers Hockey, LLC, and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 2018, 4001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon RMF at the following address:

> Michael S. Amato, Esq.
> Ruskin Moscou Faltischek, P.C.
> East Tower, 15th Floor
> 1425 RXR Plaza
> Uniondale, NY 11556-1425
> (516) 663-6600
> E-mail: mamato@rmfpc.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

619779


without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise, which affect or seeks to affect in any way, any rights, claims or interests of the above-referenced debtor Twin Rinks at Eisenhower, LLC (the "Debtor").

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtor's bankruptcy case is intended to be, or shall be construed as, a waiver of Peter Ferraro, Christopher Ferraro and Ferraro Brothers Hockey, LLC's (i) rights to have final orders in non-core matters entered only after de novo by a District Court judge; (ii) rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related thereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoff, defenses, and recoupments are expressly reserved.

Dated: Uniondale, New York
      June 29, 2015

                        RUSKIN MOSCOU FALTISCHEK, P.C.
                        *Attorney for Creditors Peter Ferraro,*
                        *Christopher Ferraro and*
                        *Ferraro Brothers Hockey, LLC*

By: /s/ Michael S. Amato
                        Michael S. Amato.
                        East Tower, 15th Floor
                        1425 RXR Plaza
                        Uniondale, NY 11556-1425
                        (516) 663-6600

619779

TO:	Harold D. Jones, Esq.
	Jones & Schwartz, PC
	*Counsel for Debtor*
	One Old Country Road, Suite 384
	Carle Place, NY 11514

	Jeffrey W. Levitan, Esq.
	Proskauer Rose LLP
	*Counsel for CMBS Venture Funding, LLC*
	 *and Clearview Capital Management LLC*
	Eleven Times Square
	New York, NY 10036-8299

	Camille W. Hill, Esq.
	*Counsel for Nassau County*
	Bond, Schoeneck & King, PLLC
	One Lincoln Center, 18th Floor
	Syracuse, New York 13202

	Stephen A. Donato, Esq.
	*Counsel for Nassau County*
	Bond, Schoeneck & King, PLLC
	One Lincoln Center, 18th Floor
	Syracuse, New York 13202

	James S. Carr, Esq.
	Kristin S. Elliott, Esq.
	Kelley Drye & Warren LLP
	*Counsel for Blumenfeld Development Group, Ltd.*
	101 Park Avenue
	New York, New York 10178

	Lawrence V. Gelber, Esq.
	James T. Bentley, Esq.
	Neil S. Begley, Esq.
	*Counsel for Clinton Group*
	Schulte Roth & Zabel LLP
	919 Third Avenue
	New York, New York 10022

	Kenneth Halpern, Esq.
	*Counsel for Ferrantello Group PC*
	666 Old Country Road
	Suite 810
	Garden City, NY 11530

3

619779

Stan Yang, Esq.
Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

619779